Nancy Curry, Chapter 13 Trustee
Masako Okuda (SBN 247925)
1000 Wilshire Blvd, Suite 870
Los Angeles, CA 90017
TEL: (213) 689-3014
FAX: (213) 689-3055

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>RAFAEL MEDINILLA,<br><br>MARY JEAN MEDINILLA,<br><br><br><br><br><br>Debtor. | **Case No.: 2:20-bk-12007-VZ**<br>Chapter 13<br>**NOTICE OF OBJECTION AND OBJECTION TO DEBTORS' CLAIM OF EXEMPTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF**<br><br>Date: July 13, 2020<br>Time: 10:30 a.m.<br>Ctrm: 1368<br>    255 E. Temple Street,<br>    Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; DEBTOR; AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee will move this Court for an order disallowing the claim of exemption in the Debtors' primary residence because Debtors' claimed exemption in their residence exceeds the statutory maximum allowed under C.C.P. § 704.730.

1

This objection will be based upon this notice, the appended Memorandum of Points and Authorities, the supporting declaration, files and pleadings in this case, and upon such other testimonial and documentary evidence as may be presented before or at the time of the hearing on this objection.

**Pursuant to Local Bankruptcy Rule 9013-1(f), notice is further given that any person opposing this objection shall, not later than fourteen (14) days prior to the above-mentioned hearing date, file with the Court and serve upon the Chapter 13 Trustee, a written statement explaining all reasons in an opposition thereto.**

**Failure to timely file and serve such an opposition may be deemed a waiver of any such opposition.**

**Wherefore**, the Trustee requests that the Court issue an order disallowing the Debtors' claim of exemption in the primary residence and for such other and further relief as the Court may deem just and proper.

Dated: May 4, 2020                    Respectfully submitted,

                                                      /s/ Masako Okuda
                                                     Masako Okuda
                                                     Attorney for Nancy Curry
                                                     Chapter 13 Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    STATEMENT OF FACTS**

The debtors, Rafael Medinilla and Mary Jean Medinilla ("Debtors") filed this case on February 24, 2020 and the § 341(a) meeting was held on April 13, 2020.

Schedule C filed on February 24, 2020 reflects that the Debtors exempt equity in their primary residence located at 927 Glenshaw Drive, West Covina, CA in the amount of $120,012.27 under C.C.P. § 704.730. A true and correct copy of Schedule C is attached as Exhibit "A" and is incorporated herein by this reference.

Schedule I filed on February 24, 2020 reflect that the Debtors' monthly gross income is $7,452.90/mo. It was revealed at the Meeting of Creditors that the Debtors were 57 and 61 years old, respectively, when the case was filed. Further, there is no evidence that the Debtors are physically or mentally disabled and unable to engage in substantial gainful employment. A true and correct copy of Schedule I are attached as Exhibit "B" and are incorporated herein by this reference.

**II. ARGUMENT**

    **A.    This Objection is Timely Filed Under F.R.B.P. 4003(b).**

F.R.B.P. 4003(b) provides in part:

> "A party in interest may file an objection to the list of property claimed as exempt only within 30 days after the meeting of creditors held under § 341(a) is concluded or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. The court may, for cause, extend the time for filing objections if, before the time to object expires, a party in interest files a request for an extension."

Here, the § 341(a) meeting was held on April 13, 2020. Therefore, this objection is timely filed under F.R.B.P.4003(b).

B. **The Debtors are not Allowed to Claim Exemption in Their Primary Residence in the Amount Of $120,012.27 Under C.C.P. § 704.730 Because the Debtors Do Not Meet the Statutory Qualifications.**

Because California has opted out of the federal exemptions, the debtor is entitled to the exemptions under "... State ... law that is applicable on the date of the filing of the petition ..." 11 U.S.C. § 522(b)(3)(A).

The homestead exemption applies only to forced judicial sales of a debtor's dwelling, including sales by bankruptcy trustee or debtors in possession. C.C.P. § 704.720(b); In re Wilson, 90 F3d 347(9th Cir. 1996), 350-351; In re Cole, 93 BR 707, 709-710 (9th Cir BAP 1988).

However, because the filing of a bankruptcy petition is the functional equivalent of a forced sale, a bankruptcy debtor has the rights, benefits and protections of the automatic homestead in bankruptcy. In re Pike, 243 B.R. 66, 70 (9th Cir. BAP 1999).

The California homestead exemption under C.C.P. § 704.730(a) provides that the amount of Debtor's homestead exemption would be one of the following:

1. Seventy-Five thousand dollars ($75,000) unless the debtor or spouse of the debtor who resides in the homestead is a person described below in (2) or (3).
2. One hundred thousand dollars ($100,000) if the debtor or spouse of the debtor who resides in the homestead is a member of the family unit, and there is at least one member of the family unit who owns

4

       no interest in the homestead or whose only interest in the homestead is a community property interest with the debtor.
3. One hundred seventy-five thousand dollars ($175,000) if the debtor or spouse of the debtor who resides in the homestead is at the time of the attempted sale any one of the following: (A) A person 65 years of age or older, (B) A person physically or mentally disabled who as a result of that disability is unable to engage in substantial gainful employment; and (C) A person 55 years of age or older with a gross annual income of not more than twenty-five thousand dollars ($25,000) or, if the debtor is married, a gross annual income, including the gross annual income of the debtor's spouse, of not more than thirty-five thousand dollars ($35,000), and the sale is an involuntary sale.

    Here, the Debtors exempt the real property equity in the amount of $120,012.27 under C.C.P. § 704.730 although the Debtors do not meet the requirements to claim this exemption amount.

    The Debtors were 57 and 61 years old at the time of filing, and their monthly gross income is $7,452.90/mo. Further, there is no evidence showing that the Debtors are physically or mentally disabled and unable to engage in substantial gainful employment.

    Therefore, the Debtors should not be allowed to claim the exemption in the amount of $120,012.27 under C.C.P. §704.730.

**III. CONCLUSION**

    The Chapter 13 Trustee prays that after a hearing on the objection, an order be made and entered herein disallowing the claim of exemption in the primary residence in the amount of $120,012.27 under C.C.P. § 704.730.

///

///

Dated: May 4, 2020                Respectfully submitted,

                                  /s/ Masako Okuda
                                  Masako Okuda
                                  Attorney for Nancy Curry,
                                  Chapter 13 Trustee

**DECLARATION OF MASAKO OKUDA**

I, Masako Okuda, declare.

1. Nancy Curry is the Chapter 13 Trustee (the "Trustee") with respect to Chapter 13 Case No. 2:20-bk-12007-VZ, Rafael Medinilla and Mary Jean Medinilla.

2. I am employed by the Trustee as a staff attorney and am duly qualified to make this declaration. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called upon to do so.

3. The debtors, Rafael Medinilla and Mary Jean Medinilla ("Debtors") filed this case on February 24, 2020 and the § 341(a) meeting was held on April 13, 2020.

4. Schedule C filed on February 24, 2020 reflects that the Debtors exempt equity in their primary residence located at 927 Glenshaw Drive, West Covina, CA in the amount of $120,012.27 under C.C.P. § 704.730. A true and correct copy of Schedule C is attached as Exhibit "A" and is incorporated herein by this reference.

5. Schedule I filed on February 24, 2020 reflect that the Debtors' monthly gross income is $7,452.90/mo. It was revealed at the Meeting of Creditors that the Debtors were 57 and 61 years old, respectively, when the case was filed. Further, there is no evidence that the Debtors are physically or mentally disabled and unable to engage in substantial gainful employment.

6. A true and correct copy of Schedule I are attached as Exhibit "B" and are incorporated herein by this reference.

///
///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on May 4, 2020.

                                       /s/ Masako Okuda
                                             Masako Okuda

**EXHIBIT "A"**

Fill in this information to identify your case:

Debtor 1: Rafael Medinilla

Debtor 2 (Spouse if, filing): Mary Jean Medinilla

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 927 Glenshaw Drive West Covina, CA 91790  Los Angeles County<br>Line from *Schedule A/B*: 1.1 | $499,950.00 | ☒ $120,012.27<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2006 Jeep Grand Cherokee 300000 miles<br>Freee and clear. Vehicle is need of electrical repairs<br>Location: 927 Glenshaw Drive, West Covina CA 91790<br>Line from *Schedule A/B*: 3.1 | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Household good, furniture, Kitchen utensils and appliances.<br>Location: 927 Glenshaw Drive, West Covina CA 91790<br>Line from *Schedule A/B*: 6.1 | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| 2, 24 in television sets.<br>Location: 927 Glenshaw Drive, West Covina CA 91790<br>Line from *Schedule A/B*: 7.1 | $150.00 | ☒ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

9

Debtor 1  Rafael Medinilla
Debtor 2  Mary Jean Medinilla                                              Case number (if known)

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Clothing and shoes | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Location: 927 Glenshaw Drive, West Covina CA 91790<br>Line from Schedule A/B: 11.1 | | | |
| Whole life insurnace with the United States Postal Office. No cash value. Beneficiary: Rafael Medinilla, husband<br>Line from Schedule A/B: 31.1 | $5,000.00 | ☒ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.100 |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

# EXHIBIT "B"

**Fill in this information to identify your case:**

Debtor 1: Rafael Medinilla

Debtor 2: Mary Joan Medinilla
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | Sales | Mail Handler |
| Employer's name | Auto Tech Wharehouse | US Postal Office |
| Employer's address | 13443 1/2 Dalewood St<br>Baldwin Park, CA 91706 | 5335 E. La Palma Ave.<br>Anaheim, CA 92899-9994 |
| How long employed there? | 2 years | 2 months |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 4,696.66 | $ 2,626.47 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 4,696.66 | $ 2,626.47 |

Official Form 106I                    Schedule I: Your Income                    **11**                    page 1

Debtor 1   Rafael Medinilla
Debtor 2   Mary Jean Medinilla                                             Case number (if known) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 4,696.66 | $ 2,626.47 |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 1,422.02 | $ 450.66 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,422.02 | $ 450.66 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 3,274.64 | $ 2,175.81 |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: Annuity | 8h.+ | $ 0.00 + | $ 129.77 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 129.77 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,274.64 + $ 2,305.58 = | $ 5,580.22 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. Specify: _____ | 11. | +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. | $ | 5,580.22 Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                          Schedule I: Your Income                                page 2

12

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1000 WILSHIRE BLVD, SUITE 870, LOS ANGELES, CA 90017

A true and correct copy of the foregoing document entitled: **NOTICE OF OBJECTION AND OBJECTION TO DEBTORS' CLAIM OF EXEMPTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/4/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jenelle C Arnold    ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
- William G Cort    williamgcortdocuments@gmail.com
- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On 5/4/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:
Rafael Medinilla and Mary Jean Medinilla
927 Glenshaw Drive
West Covina, CA 91790

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/4/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Bin outside of Suite 1360
255 E. Temple St
Los Angeles, CA, 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/4/2020 | Carlos Robles | /s/ Carlos Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |